## SALVÁ ET AL. *v.* ESTATE OF BORRÁS.

### APPEAL from the District Court of Humacao.

No. 16.—Decided March 21, 1905.

APPEAL—APPOINTMENT OF TRUSTEE.—According to section 295 of the Code of Civil Procedure an appeal does not lie from an order of the district court ordering the appointment of a trustee to manage property in an action pending.

## STATEMENT OF THE CASE.

In the above entitled case, the attorney for respondents filed a motion in this Supreme Court, praying for a dismissal of the appeal taken from the decision rendered by the District Court for the Judicial District of Humacao providing for the appointment of a trustee to take possession of and manage the property under the authority and control of the court, on the ground that the said decision was not appealable, as it is not comprised in any of the cases specified in Section 295 of the Code of Civil Procedure.

*Mr. José de Guzmán Benítez,* for petitioner.

*Mr. López Landrón,* for contestants.

### OPINION OF THE COURT.

The decision rendered on the 23d day of January ultimo, by the District Court of Humacao, not being an appealable one as it is not specifically comprised in Section 295 of the Code of Civil Procedure, the aforesaid motion is granted, and, therefore, the appeal taken from the aforesaid decision by Rafael López Landrón, Esq., as attorney for the Estate of Catalina Borrás y Ginart, is hereby dismissed; and it is hereby ordered that this decision be transmitted to the District Court of Humacao for compliance therewith.

Chief Justice Quiñones, and Justices Hernández, Figueras, MacLeary and Wolf concurred.